FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 20, 2015

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DANNY JOE EASTMAN JR,<br><br>  Plaintiff,<br><br>  vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>  Defendant. | Civil No.  2:15-cv-00055-JPH<br><br><br>ORDER GRANTING STIPULATED MOTION FOR REMAND |

The Court has considered the parties' stipulated motion for remand. The parties have consented to proceed before a magistrate judge. ECF No. 6.

IT IS ORDERED that the motion, **ECF No. 18**, is **GRANTED**.  The above-captioned case is reversed and remanded for further administrative proceedings, in accordance with sentence four of 42 U.S.C. § 405(g).

Page 1          ORDER

Upon remand, the Appeals Council will instruct the Administrative Law Judge to re-evaluate the medical opinion evidence of record, with particular attention given to the rationale provided to support the Administrative Law Judge's findings.  The ALJ will be instructed to consider and address all evidence documenting limitations of Plaintiff's range of motion in his head and neck, as well as all evidence documenting limitations in his use of his hands and arms.  If necessary, the Administrative Law Judge will reevaluate the claimant's maximum residual functional capacity, and obtain supplemental vocational expert evidence and consider that evidence consistent with SSR 00-4p.

Upon proper application, Plaintiff shall be eligible for attorneys' fees under the Equal Access to Justice Act, 24 U.S.C. § 2412 et seq.

The District Court Executive is directed to enter judgment for plaintiff, provide copies of this order to the parties and CLOSE THE FILE.

DATED this 20th day of November, 2015.

*S/ James P. Hutton*

JAMES P. HUTTON
UNITED STATES MAGISTRATE JUDGE